AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| SEAN TROESCH | ) Case No. |
|  | ) 20-2078 |
|  | ) |
|  | ) |
|  | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 11, 2020 in the county of Allegheny in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1703(a) | Delay or Destruction of Mail |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of probable cause.

☑ Continued on the attached sheet.

/s/ Christopher J. Kline
*Complainant's signature*

Christopher J. Kline, Special Agent, USPS-OIG
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 10/14/2020

*Judge's signature*

City and state: Pittsburgh, Pennsylvania   Honorable Cynthia R. Eddy, U.S. Magistrate Judge
*Printed name and title*

Print    Save As...    Attach    Reset