IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 20-2078 |
| SEAN TROESCH | |

PROPOSED ORDER

AND NOW, to wit, this ___5th___ day of ___March___, 2021, upon consideration of the government's unopposed motion for an extension of time, and the entire record herein, it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the government shall file an indictment or information against the above-named defendant by not later than May 5, 2021. SO ORDERED.

*Cynthia K. Eddy*

Honorable Cynthia Reed Eddy
Chief United States Magistrate Judge