IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 20-2078 |
| SEAN TROESCH | |

MOTION FOR EXTENSION OF TIME

1. On October 14, 2020, the above-named defendant was charged by complaint with delay or destruction of the mail, in violation of 18 U.S.C. § 1703.

2. On November 3, 2020, defendant had an initial appearance before the Court. Based on motions from the government, this Court has extended the deadline for charging defendant by indictment or information on three occasions. The applicable deadline is now May 5, 2021.

3. In April 2021, the United States Attorney's Office agreed to recommend defendant for pretrial diversion. His eligibility is currently being assessed by the United States Pretrial Services Office. Counsel therefore requests a 120-day extension of the charging deadline under 18 U.S.C. § 3161(b), until September 2, 2021, to allow that assessment to take place. Defendant consents to this request.

Respectfully submitted,

STEPHEN R. KAUFMAN
Acting United States Attorney

By:   /s/Jeffrey R. Bengel
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621