IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 20-2078 |
| SEAN TROESCH | |

PROPOSED ORDER

AND NOW, to wit, this __4th__ day of __May__, 2021, upon consideration of the government's consent motion for an extension of time, and the entire record herein, it is hereby ORDERED that said motion is GRANTED.

IT IS FURTHER ORDERED that the government shall file an indictment or information, if necessary, against the above-named defendant by not later than September 2, 2021.

IT IS FURTHER ORDERED that the time from November 5, 2020, until September 2, 2021, be deemed excludable delay under the Speedy Trial Act, 18 U.S.C. §3161 et seq. Specifically, the Court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. 18 U.S.C. § 3161(h)(7)(A). As set forth in the motion and record, the parties and the Pretrial Services Office have been evaluating whether defendant is an appropriate candidate for pretrial diversion. The Court finds that failure to grant this continuance in the proceeding would be likely to result in a miscarriage of justice, as the parties have indicated their desire for additional time prior to indictment, and defendant has voluntarily and knowingly waived his right to information or indictment under the time period set forth in Section 3161, and failure to grant such a continuance would deny counsel the time necessary for effective preparation prior to formal charges being filed. 18 U.S.C. § 3161(h)(7)(A).

*signature*
Honorable Cynthia Reed Eddy
Chief United States Magistrate Judge

