IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.  Magistrate No. 20-2078

SEAN TROESCH

MOTION TO DISMISS COMPLAINT

AND NOW comes the United States of America, by its attorneys, Cindy K. Chung, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said District, and, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order dismissing the Complaint in the above-captioned case.  In further support of this Motion, the United States avers as follows:

1. On October 14, 2020, a complaint was filed in the above case in which the defendant, Sean Troesch, was charged with violating Title 18, United States Code, Section 1703(a).

2. On June 19, 2021, defendant Sean Troesch agreed to participate in a Pretrial Diversion Program for a period of twelve (12) months, upon the successful completion of which the Complaint would be dismissed.

3. The United States has been informed in writing by the Pretrial Services Office that defendant Sean Troesch has successfully completed the period of pretrial diversion.

WHEREFORE, the United States of America respectfully requests that the Court issue an Order dismissing the Complaint in this case.

_____
CINDY K. CHUNG
United States Attorney
PA ID No. 317227

_____
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621