IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Magistrate No. 20-2078 |
| SEAN TROESCH | |

ORDER OF COURT

AND NOW, to wit, this  1st  day of  August , 2022, upon consideration of the Motion to Dismiss Complaint, heretofore filed by the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint at Magistrate No. 20-2078 as to defendant Sean Troesch is hereby DISMISSED.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Counsel for Defendant
United States Attorney
United States Marshals Service
Pretrial Services